UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                        23 CR 432 (PKC)

        -against-                                                    <u>ORDER</u>

CARLOS ALBERTO MANRIQUE DUCUARA,

                Defendant.
----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel, the pretrial conference previously scheduled for November 1, 2023 is adjourned until December 5, 2023 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to permit the parties to continue discussions regarding a potential pretrial resolution in this case.  Accordingly, the time between today and December 5, 2023 is excluded.

        SO ORDERED.

                                                        P. Kevin Castel
                                                       United States District Judge

Dated: New York, New York
            October 31, 2023