UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

                                                                                                         23 CR 432 (PKC)

          -against-                                                     ORDER

CARLOS ALBERTO MANRIQUE DUCUARA,

                          Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel, the trial scheduled for June 10, 2024 is VACATED.  The final pretrial conference scheduled for May 29, 2024 is VACATED.  A status conference is scheduled for August 28, 2024 at 3:30 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant to enable the defendant to seek a global resolution of the cases pending in the Southern and Eastern Districts of New York, pursuant to Federal Rule of Criminal Procedure 20.  Accordingly, the time between today and August 28, 2024 is excluded.

        SO ORDERED.

                                                                           P. Kevin Castel
                                                                    United States District Judge

Dated: New York, New York
       April 25, 2024